App. Div.] Second Department, March, 1912.

William Hepner, Appellant, v. Frances Lillian Hepner, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. (McLaughlin and Scott, JJ., dissenting.)

Samuel Lipschitz, Respondent, v. Herman Berkovitz and Simon Spiegel, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma L. Hall, Respondent, v. Augustus H. Hall, Appellant.— Order modified as stated in memorandum, and as modified affirmed, with ten dollars costs and disbursements to respondent. Memorandum per curiam. Order to be settled on notice.

Harry Kaplan, Appellant, v. Philip Mendetz, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Nicola Vilarosa, Appellant, for an Order Directing Holmes Jones, Attorney, Respondent, to Pay over Certain Money.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Russo-Chinese Bank, Respondent, v. Evans R. Dick and Others, Appellants. Russo-Asiatic Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.